UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

THOMAS EMMANUEL WILLIAMS,

Defendant.

Criminal Action No. TDC-23-0380

**VERDICT FORM**

1. As to Count 1, Firearms Trafficking, occurring from on or about January 18, 2023 through on or about February 3, 2023, how do you find the defendant, Thomas Emmanuel Williams?

    Guilty ✓          Not Guilty _____

2. As to Count 2, Possession of Firearms and Ammunition After a Felony Conviction, occurring on or about January 18, 2023, how do you find the defendant, Thomas Emmanuel Williams?

    Guilty ✓          Not Guilty _____

3. As to Count 3, Possession of Firearms and Ammunition After a Felony Conviction, occurring on or about January 20, 2023, how do you find the defendant, Thomas Emmanuel Williams?

    Guilty ✓          Not Guilty _____

4. As to Count 4, Unlawful Possession of a Machinegun, occurring on or about January 20, 2023, how do you find the defendant, Thomas Emmanuel Williams?

    Guilty ✓          Not Guilty _____

5. As to Count 5, Distribution of or Possession with Intent to Distribute Controlled Substances, Oxycodone and Codeine, occurring on or about January 27, 2023, how do you find the defendant, Thomas Emmanuel Williams?

    Guilty ✓   Not Guilty _____

*If you find the defendant guilty on Count 5, proceed to answer Question 6. If you find the defendant not guilty on Count 5, do not answer Question 6 and proceed directly to Count 7.*

6. As to Count 6, Carrying a Firearm During and in Relation to, or Possessing a Firearm in Furtherance of, a Drug Trafficking Crime, occurring on or about January 27, 2023, how do you find the defendant, Thomas Emmanuel Williams?

    Guilty ✓   Not Guilty _____

7. As to Count 7, Possession of a Firearm After a Felony Conviction, occurring on or about January 27, 2023, how do you find the defendant, Thomas Emmanuel Williams?

    Guilty ✓   Not Guilty _____

8. As to Count 8, Selling a Firearm in Furtherance of a Felony, occurring on or about January 27, 2023, how do you find the defendant, Thomas Emmanuel Williams?

    Guilty ✓   Not Guilty _____

9. As to Count 9, Unlawful Possession of a Machinegun, occurring on or about February 3, 2023, how do you find the defendant, Thomas Emmanuel Williams?

    Guilty ✓   Not Guilty _____

10. As to Count 10, Possession of a Firearm and Ammunition After a Felony Conviction, occurring on or about February 3, 2023, how do you find the defendant, Thomas Emmanuel Williams?

Guilty ✓          Not Guilty _____

11. As to Count 11, Distribution of or Possession with Intent to Distribute a Controlled Substance, Fentanyl, occurring on or about February 3, 2023, how do you find the defendant, Thomas Emmanuel Williams?

Guilty ✓          Not Guilty _____

*If you find the defendant guilty on Count 11, proceed to answer Question 12. If you find the defendant not guilty on Count 11, do not answer Question 12 and proceed to sign and date the Verdict Form.*

12. As to Count 12, Carrying a Machinegun During and in Relation to, or Possessing a Machinegun in Furtherance of, a Drug Trafficking Crime, occurring on or about February 3, 2023, how do you find the defendant, Thomas Emmanuel Williams?

Guilty ✓          Not Guilty _____

THE FOREGOING CONSTITUTES THE UNANIMOUS VERDICT OF THE JURY.

1/16/~~23~~ 25          [redacted]
Date                    Foreperson

3